# Court of Appeals
# of the State of Georgia

ATLANTA,  January 02, 2018

*The Court of Appeals hereby passes the following order:*

**A18A0492.  ANTONIO HUNT v. THE STATE.**

In December 2015, Antonio Hunt pled guilty to trafficking in cocaine.  In May 2017, Hunt filed a pro se motion to modify his conviction and sentence.  The trial court denied the motion, and Hunt filed a notice of appeal.  We, however, lack jurisdiction.

A petition or motion to vacate or modify a conviction is not one of the established procedures for challenging the validity of a judgment in a criminal case.  See *Roberts v. State*, 286 Ga. 532 (690 SE2d 150) (2010); *Harper v. State*, 286 Ga. 216, 218 (1) (686 SE2d 786) (2009).  An appeal from an order denying or dismissing such a petition or motion must be dismissed.  See *Roberts*, supra; *Harper*, supra at 218 (2).

To the extent that the trial court order also denied Hunt's motion to modify his sentence, the trial court's ruling on that issue is already pending in this Court in Case No. A18A0491.  In that case, Hunt filed a notice of appeal from the denial of a motion to modify his sentence that he filed within a year of the imposition of his sentence.  See OCGA § 17-10-1 (f) (a court may modify a sentence during the year after its imposition); *Bowen v. State*, 307 Ga. App. 204 (704 SE2d 436) (2010) (an order denying such a motion may be directly appealed).

For the reasons set forth above, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
 *Clerk's Office, Atlanta,* 01/02/2018
 *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
 *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

Stephen E. Castlen , *Clerk.*